

**State District Court**
49th Judicial District of Texas
Counties of Webb and Zapata

**Jose A. Lopez**
State District Judge

82,663-01

July 2, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk

*[VIA EMAIL: abel.acosta@txcourts.gov]*
Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78701

Re: Ex parte Bernadette Perusquia, WR-82663-01

Dear Mr. Acosta:

Please accept this letter as a request for an extension of time in which to comply with the requirements of the remand order entered in the above referenced cause. The present deadline for action is July 2, 2015.

Out of town Counsel have agreed to be available for hearing on July 15, 2015, to be conducted and the supplemental record will be prepared. The proposed findings of fact and conclusions of law for consideration by this Court be issued.
<sub>will</sub>

All parties have consulted and are in agreement with this request. Thanking you in advance, we remain,

Sincerely,

Grace Solis,
Criminal Court Coordinator
49th District Court

Webb County - P.O. Box 6655 - Laredo, Texas 78042 - *Tel.* (956) 523-4237 - *Fax* (956) 523-5051
Zapata County – P.O. Box 789 – Zapata, Texas 78076 - *Tel.* (956) 765-9935 - *Fax* (956) 765-9789
49th_districtcourt@webbcountytx.gov